[illegible handwritten notation]

FILED
MAY 11 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [illegible] DEPUTY CLERK

In the United States District [illegible]

[illegible]

Defendant [illegible] 0684467-01
Miguel Rodriguez 734812

SA22CA0512JKP

V.

Case NO.

Bexar County Sheriff S.A.P.D. Sheriff
Javier Salazar

1. a) Miguel Rodriguez
b) m., r., M., R., [illegible], M.R., miguel, Miguel, MIGUEL rodriguez, Rodriguez, ~~[illegible]~~ RODRIGUEZ, m.rodriguez, M.Rodriguez, M.RODRIGUEZ, miguel r., Miguel R., MIGUEL R., miguel rodriguez, Miguel Rodriguez, MIGUEL ~~[illegible]~~ RODRIGUEZ include all [illegible] 734812, including all [illegible] according to list
~~c) 734812~~
2. a) Bexar County Adult Detention Center
b) 200 N. Comal 78207
c) 734812

3. other: unknown
4. other: unknown
5. other: ~~unknown~~ further occupancy
6. a) Bexar County Sheriff SAPD 200 N. Comal
b) unknown
c) came for further occupancy
d) unknown
10. Yes
a) NO
b) NO
c) unknown
11. NO
13. ground 1: Evident "The Edge Exchange" blue material receipt: constitutional amendment 2, 6, 8, 14 USC 18 (15); (96); (12); (13 § 241 242 248 249) per blue form collection
a) Inmates of 200 N. Comal 78207 have no access and are denied entrance to the Law Library. The blue receipt form is evident of this denial singular form.
b) NO
ground 2: constitutional amendment 2, 4, 5, 8, 14 USC 18 (35); (15); (96); (12); (13 § 241 242 248 249) per warrant for release from day of initial arrest
a) "The Edge Exchange" blue law material receipt form is evident to occupancy
b) NO

ground 3: Corporation amendment 2/8/14 USC(18(87);(15);(96);(12);(13§241 242 248 249):18(115);(18)

(a) "The Edge Exchange" blue law material receipt form is not only evident, is also representative of the lack of law and it's enforcement w/ the Bexar County Sheriffs San Antonio Police Dept @ 200 N. Comal and any other annexed location w/ its corporated system. Exemplified by extremely limited access to 1 day schedule throughout the week to inquire 5 requests that would arrive common 2 weeks later?- as a minimal if not a simple definitive representation of the deprivation and denial of the inmates time and freedoms and the abuse of law or the absence thereof toward American Citizens

(b) no

ground 4: Line 1 - Corporation amendment 4/14 USC 18(33);(43);(96);(12);(13§241 242 248 249) per character in use and the duration thereof

(a) is a person not a business corporation

(b) no

ground 5: Line 2 - as ground 4

ground 6: Line 6 - corporation amendment 4/14 USC(18)(43);(33);(96);(12);(13§241 242 248 249) per numerical character in use and the duration thereof

(a) is a person not a numerical set by any corporation forced upon the hostaged "inmate"

ground 7: line 3 - as grounds 4, 5 & 6
ground 8: please observe 4 - lines 4 & 5

Relief - immediate release on compensation per day of incarceration, [illegible] for release [illegible] [illegible] as - $172 mill / Restitution - $185 mill / punitive [illegible] $180 mill / [illegible] damages - $172 mill / mental anguish - $178 mill / time & wages - [illegible] / medical bills - $14 mill / household exp - $185K expense /

22/5/2/8 11:35

(UCR1-302 Pavlov - ) / (D.a.e. carter 01350775S)

The Edge Exchange

| Resident: | Location: | Subject: | Topic: |
|---|---|---|---|
| MIGUEL RODRIGUEZ (734812) | BI04 | why did i not leave for DDRF | Law Library |
| **Assigned:** | **Flag:** | **Ref #:** | **Status:** |
| | Day 1 | 13928520 | New |

**MIGUEL RODRIGUEZ (734812) - 4/12/2022 9:16:45 AM (CT)**

WHAT IS MY MEDICAL HOLD FOR, WHERE AM I GOING TO. HOW LONG WILL IT BE FOR DDRF

The [illegible] doesn't state how long you'll be in treatment — thats [illegible] by the faculty