UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MIGUEL RODRIGUEZ, <br> # 734812, <br><br> Plaintiff, <br><br> v. <br><br> BEXAR COUNTY SHERIFF; S.A.P.D; <br> and SHERIFF JAVIER SALAZAR, <br><br> Defendants. | § § § § § § § § § § § § §  SA-22-CA-00512-JKP |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Miguel Rodriguez's 42 U.S.C. § 1983 Civil Rights Complaint for failure to prosecute, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Rodriguez's Section 1983 claims against Bexar County Sheriff, S.A.P.D. and Sheriff Salazar are **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 15th day of July, 2022.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE